B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Northern** District of **Illinois** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Turner, Marvin, Lloyd Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN No. /Complete EIN *(if more than one, state all)* **1070** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN No. /Complete EIN *(if more than one, state all)* |
| Street Address of Debtor (No. & Street, City, and State):<br>**6021 N. Winthrop Ave.**<br>**Apt. 501**<br>**Chicago, IL.**                    ZIPCODE **60660** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization)
(Check One Box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Others (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature Of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad      ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check One Box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check One Box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interest

Each country in which a foreign proceeding by, regarding, or against debtor is pending.

**Chapter 11 Debtors**
Check One Box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check One Box)
- ☐ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☒ Filing Fee waiver requested (Applicable to chapter 7 individuals only) Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JEFFREY P. ALLSTEADT, CLERK
JUN 01 2015
P.S. REP. - AJ

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5001-10.000 | 10,001-25.000 | 25,001-50.000 | 50,001-100.000 | OVER 100.000 |

**Estimated Assets**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marvin L Turner Jr** |

| All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern Dist of Illinois, Chicago, IL** | Case Number: **15-14314** | Date Filed: **4-22-2015** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q with the securities and exchange commission pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X   **N/A**
_____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.   ☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information regarding the debtor- Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                              Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Marvin L Turner Jr.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) .

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Marvin L Turner Jr._
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**773-230-9935**

Date _____

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check One Box)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specifeed in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date _____

### Signature of Attorney*

X **N/A**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**N/A**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the of. cer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

Date _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (12/09)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re    __Marvin Lloyd Turner Jr.__                    Case No. _____
                          Debtor

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Official Form 1, Exhibit D (12/08) -Cont.

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

X _____
Signature of Debtor:

06/1/2015
_____
Date:

2

B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Marvin L Turner Jr__

Debtor

Case No. _____

Chapter _____ __7__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and related data" if they file a case under chapter 7,11,13.

| NAME OF SCHEDULE | ATTACHED (YES/N0) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 8,700.00 | | |
| C- Property Claimed as Exempt | Yes | 1 | | | |
| D- Creditors Holding Secured Claims | Yes | 1 | | $ 10,500.00 | |
| E- Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 6,362.00 | |
| F- Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 176,418.00 | |
| G- Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I- Current Income of Individual Debtor(s) | Yes | 2 | | | $ 0.00 |
| J- Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 2,020.00 |
| TOTAL | | 23 | $ 8,700.00 | $ 193,280.00 | |

B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

### __Northern__ District Of __Illinois__

In re   __Marvin L Turner Jr_____
                    Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 6,362.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)(whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | $ 139,592.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | $ 145,954.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 0.00 |
| Average Expenses (from Schedule J, Line 22) | $ 2,020.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 25,785.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 3,500.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 6,362.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 176,418.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 179,918.00 |

**B6A (Official Form 6A) (12/07)**

In re  Marvin L Turner Jr _____ ,      Case No. _____ ,
              **Debtor**                                                    **(If Known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▷ $ 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B)
(12/07)

In re  **Marvin L Turner Jr**                                    Case No. _____
           _____
                   **Debtor**                                                              **(If Known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ☒ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☒ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | **Laptop computer, TV, furniture 6021 N Winthrop Ave Apt 501 Chicago, IL. 60660** | | $ 1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6. Wearing apperal. | ☐ | **Clothes** | | $ 700.00 |
| 7. Furs and jewerly. | ☒ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | ☒ | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re _Marvin L Turner Jr_____,      Case No. _____,
       **Debtor**                                                                    **(If Known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ☒ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ☒ | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | ☒ | | | |
| 16. Accounts receivable. | ☒ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ☒ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | ☒ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   __Marvin L Turner Jr_____.        Case No. _____
            **Debtor**                                                                **(If Known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 23. Licenses, franchises, and other general intangibles. Give Particulars. | ☒ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ☒ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | **2005 Nissan Maxima SE 6021 N Winthrop Ave Apt 501 Chicago, IL. 60660** | | $ 7,000.00 |
| 26. Boats, motors, and accessories. | ☒ | | | |
| 27. Aircraft and accessories. | ☒ | | | |
| 28. Office equipment, furnishings, and supplies. | ☒ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 30. Inventory. | ☒ | | | |
| 31. Animals. | ☒ | | | |
| 32. Crops - growing or harvested. Give Particulars | ☒ | | | |
| 33. Farming equipment and implements. | ☒ | | | |
| 34. Farm supplies, chemicals, and feed. | ☒ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ☒ | | | |

_____continuation sheets attached     Total ▷ | $ 8,700.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **Marvin L Turner Jr**              .        Case No.                               .

           Debtor                                                             (If Known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules, and if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **857006-1** **Heritage Acceptance 120 W Lexington Avenue Elkhart, IN 46516-3117** | ☐ | | **August 6, 2014** **Automobile** <br><br> **VALUE** **$ 7,000.00** | ☒ | ☐ | ☐ | **$ 10,500.00** | **$ 3,500.00** |
| ACCOUNT NO. | ☐ | | <br><br> **VALUE** | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | <br><br> **VALUE** | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | <br><br> **VALUE** | ☐ | ☐ | ☐ | | |

**0**    continuation sheets
_____    attached

|  | Subtotal<br>Total of this page | ▷ | $ 10,500.00 | $ 3,500.00 |
|---|---|---|---|---|
|  | Total<br>Use only on last page | ▷ | $ 10,500.00 | $ 3,500.00 |
|  |  |  | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related data) |

B 6E (Official Form 6E) (04/13)

In re  **Marvin L Turner Jr**                                        Case No. _____

_____Debtor_____                                                              _____(If Known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) - Cont.

In re  **Marvin L Turner Jr**                                           Case No. _____
               **Debtor**                                                                                              **(If Known)**

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) - Cont.

In re **Marvin L Turner Jr** _____ .   Case No. _____ .
               **Debtor**                                                          **(If Known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Domestic Support Obligations
_____

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Illinois Department of Child Care and Family Services Darlene Balthazar** | ☐ | N/A | 09/21/1995 <br> **Child Support** <br><br><br> VALUE $ 6,362.00 | ☒ | ☐ | ☐ | $ 6,362.00 | $ 6,362.00 | $ 0.00 |
| ACCOUNT NO. <br><br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | | | |
| ACCOUNT NO. <br><br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | | | |
| ACCOUNT NO. <br><br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | | | |
| ACCOUNT NO. <br><br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

     **Subtotals** (Total of this page) ▷ | $ 6,362.00 | $ 6,362.00 | $ 0.00

**Total**
Use only on last page of the completed Schedule E
(Report total also on Summary of Schedules) ▷ | $ 6,362.00

**Totals**
Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.) ▷ | | $ 6,362.00

B 6F (Official Form 6F) (12/07)

In re __Marvin L Turner Jr_____.     Case No. _____
             **Debtor**                                              **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6759** <br> **Archer Funding LLC** <br> **Attn: C/O Mauer Law, PC** <br> **123 W Madison Street** <br> **Suite 1500** <br> **Chicago, IL 60602** | ☐ | N/A | 09/03/2014 <br><br> **VALUE** | ☒ | ☐ | ☐ | $ 1,180.00 |
| ACCOUNT NO. <br> **Attn: C/O AFNI, Inc** <br> **PO Box 3097** <br> **Bloomington, IL 61702-3097** | ☐ | N/A | 12/27/2012 <br><br> **VALUE** | ☒ | ☐ | ☐ | $ 144.00 |
| ACCOUNT NO. <br> **ATT Mobility** <br> **Attn: C/O EOS CCA** <br> **Account 7734014661** <br> **700 Longwater Drive** <br> **Norwell, MA 02061** | ☐ | N/A | 08/13/2012 <br><br> **VALUE** | ☒ | ☐ | ☐ | $ 854.00 |
| ACCOUNT NO. <br> **Bank of America** <br> **Attn: Bankruptcy Department** <br> **PO Box 982235** <br> **El Paso, TX 79998-2235** | ☐ | N/A | 02/22/2012 <br><br> **VALUE** | ☒ | ☐ | ☐ | $ 4,586.00 |

_____  continuation sheets attached

Subtotal ▷ | $ 6,764.00

(Use only on last page of the completed Schedule F.)  **Total** ▷
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Marvin L Turner Jr**                                      Case No. _____
_____
              **Debtor**                                                                    **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Becovic Management Group**<br>**Attn: Kevin Snider**<br>**4520 N Clarendon Avenue**<br>**Chicago, IL 60640** | ☐ | N/A | 03/01/2015<br><br>VALUE | ☒ | ☐ | ☐ | **$ 12,364.50** |
| ACCOUNT NO.<br>**Capital One Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130** | ☐ | N/A | 10/07/2012<br><br>VALUE | ☒ | ☐ | ☐ | **$ 781.00** |
| ACCOUNT NO.<br>**Charter One Bank**<br>**Attn: Bankruptcy Department**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | ☐ | N/A | 05/27/2008<br><br>VALUE | ☒ | ☐ | ☐ | **$ 283.00** |
| ACCOUNT NO.<br>**Comcast Cable**<br>**Attn: Bankruptcy Department**<br>**PO Box 3002**<br>**Southeastern, PA 19398-**<br>**3002** | ☐ | N/A | 04/15/2012<br><br>VALUE | ☒ | ☐ | ☐ | **$ 380.00** |
| ACCOUNT NO.  **2801**<br>**Comed**<br>**3 Lincoln Center**<br>**Attn: Bankruptcy Group**<br>**Oakbrook Terrace, IL 60181** | ☐ | N/A | 04/22/2015<br><br>VALUE | ☒ | ☐ | ☐ | **$ 444.00** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷  **$ 14,252.50**

(Use only on last page of the completed Schedule F.)  Total ▷

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Marvin L Turner Jr**                                              Case No. _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                                          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                  **Debtor**                                                                              **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8881**<br>**Credit One Bank**<br>**Attn: Bankruptcy Department**<br>**PO Box 98872**<br>**Las Vegas, NV 89193-8872** | ☐ | N/A | 02/11/2015<br><br>VALUE | ☒ | ☐ | ☐ | $ 2,190.00 |
| ACCOUNT NO. **5791**<br>**DeVry, INC**<br>**Attn: Bankruptcy Department**<br>**814 Commerce Dr**<br>**Oak Brook, IL 60523** | ☐ | N/A | 07/01/2014<br><br>VALUE | ☒ | ☐ | ☐ | $ 665.00 |
| ACCOUNT NO.<br>**Direct TV**<br>**Attn: Afni, INC**<br>**1310 Martin Luther King Drive**<br>**PO Box 3517** | ☐ | N/A | 09/14/2014<br><br>VALUE | ☒ | ☐ | ☐ | $ 661.00 |
| ACCOUNT NO.<br>**First Bank of Delaware**<br>**Attn:   C/O Federal Pacific Credit**<br>**PO Box 27198**<br>**Salt Lake City, UT 84119** | ☐ | N/A | 09/24/2013<br><br>VALUE | ☒ | ☐ | ☐ | $ 766.00 |
| ACCOUNT NO.<br>**First Premier Bank**<br>**Attn: Bankruptcy Department**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | ☐ | N/A | 12/13/2014<br><br>VALUE | ☒ | ☐ | ☐ | $ 508.00 |

Sheet no. 2 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 4,790.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Marvin L Turner Jr**                                    Case No. _____
_____
**Debtor**                                                      **(If Known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | ☐ | | | ☐ | ☐ | ☐ | |
| | | | VALUE | | | | |
| ACCOUNT NO. <br> HSBC Bank USA <br> PO Box 2013 <br> Buffalo, NY 14240 | ☐ | N/A | 01/10/2009 | ☒ | ☐ | ☐ | $ 2,400.00 |
| | | | VALUE | | | | |
| ACCOUNT NO. <br> Kay Jewelers <br> Attn: C/O Portfolio <br> Recovery Associates <br> 120 Corporate Blvd <br> Norfolk, VA 23502 | ☐ | N/A | 03/05/2013 | ☒ | ☐ | ☐ | $ 263.00 |
| | | | VALUE | | | | |
| ACCOUNT NO. <br> Little Company of Mary Hospital <br> 2800 W 95th St <br> Evergreen Park, IL 60805 | ☐ | N/A | 01/10/2008 | ☒ | ☐ | ☐ | $ 305.00 |
| | | | VALUE | | | | |
| ACCOUNT NO. | ☐ | N/A | | ☐ | ☐ | ☐ | |
| | | | VALUE | | | | |

Sheet no. 3 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 2,968.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   **Marvin L Turner Jr**　　　　　　　　　　　　　　．　　　Case No. ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿．
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MABT/Continental Finance Company, LLC** P.O. Box 8099 Newark, DE 19714-8099 | ☐ | N/A | 12/11/2007 VALUE | ☒ | ☐ | ☐ | $ 691.00 |
| ACCOUNT NO. **Mid America Bank** 5109 S Broadband Lane Sioux Falls, SD 57109 | ☐ | | 12/04/2007 VALUE | ☒ | ☐ | ☐ | $ 547.00 |
| ACCOUNT NO. 7615 **Monterey County Bank** 3000 Corporate Exchange Dr 5th Floor Columbus, OH 43231 | ☐ | | 01/12/2008 VALUE | ☒ | ☐ | ☐ | $ 2,250.00 |
| ACCOUNT NO. **PLS Financial Services, INC** 1402 E Columbus Dr East Chicago, IN 46312 | ☐ | | 12/02/2014 VALUE | ☒ | ☐ | ☐ | $ 540.00 |
| ACCOUNT NO. **PLS Financial Services, INC** 7301 N Lincoln Avenue Suite 220 Lincolnwood, IL 60712-1733 | ☐ | | 12/20/2014 VALUE | ☒ | ☐ | ☐ | $ 1,200.00 |

Sheet no. 4 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 5,228.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Marvin L Turner Jr**                                    ,        Case No. _____ ,
              Debtor                                                                                    (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RCN Cable<br>Attn: C/O I C Systems, INC<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | ☐ | N/A | 01/21/2014<br><br>VALUE | ☒ | ☐ | ☐ | $ 431.00 |
| ACCOUNT NO.<br>Sir Finance Corporation<br>6140 N Lincoln Avenue<br>Chicago, IL 60659 | ☐ | N/A | 11/26/2014<br><br>VALUE | ☒ | ☐ | ☐ | $ 828.00 |
| ACCOUNT NO.<br>TCF Financial Corporation<br>Attn: Bankruptcy Department<br>200 Lake Street East<br>Wayzata, MN 55391-1693 | ☐ | N/A | 06/01/2005<br><br>VALUE | ☒ | ☐ | ☐ | $ 300.00 |
| ACCOUNT NO.<br>Triton College<br>Attn: Finance Office<br>2000 5th Ave<br>River Grove, IL 60171 | ☐ | N/A | 06/01/2010<br><br>VALUE | ☒ | ☐ | ☐ | $ 300.00 |
| ACCOUNT NO.<br>USAA Savings Bank<br>Attn: Bankruptcy Department<br>PO Box 47504<br>San Antonio, TX 78265 | ☐ | N/A | 02/10/2015<br><br>VALUE | ☒ | ☐ | ☐ | $ 265.00 |

Sheet no. 5 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 2,124.00

Total ▷
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Marvin L Turner Jr** _____,        Case No. _____,
Debtor                                                    (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8799 <br><br> **US Department of Education 2401 International POB 7859 Madison, WI 53704** | ☐ | N/A | 07/01/2014 <br><br> VALUE | ☒ | ☐ | ☐ | $ 139,592.00 |
| ACCOUNT NO. 7792 <br><br> **Webbank/Fingerhut 8875 Aero Dr Suite 200 San Diego, CA 92123** | ☐ | N/A | 06/09/2011 <br><br> VALUE | ☒ | ☐ | ☐ | $ 700.00 |
| ACCOUNT NO. <br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | |
| ACCOUNT NO. <br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | |
| ACCOUNT NO. <br><br> | ☐ | | <br><br> VALUE | ☐ | ☐ | ☐ | |

Sheet no. _6_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ 140,292.00

Total ▷ | $ 176,418.00
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of
Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re   Marvin L Turner Jr                                    Case No. _____
             _____
                      **Debtor**                                                              **(If Known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Becovic Management Group<br>4520 N Clarendon Ave<br>Chicago, IL 60640 | 1 Bedroom Apartment<br>6021 N Winthrop Ave Apt 501<br>Chicago, IL 60660 |
| Heritage Acceptance<br>120 W Lexington<br>Elkhart, IN 46516-3117 | 2005 Nissan Maxima Automobile Debt |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re   **Marvin L Turner Jr**_____,      Case No. _____
                **Debtor**                                                                  **(If Known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Marvin | Lloyd | Turner |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of | Illinois |
| Case Number (If Known) | _____ | | |

☐ Check if this is an ammended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM/DD/YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | Employment Status | ☐ Employed ☒ Not Employed | ☐ Employed ☐ Not Employed |
| If you have more than one job,attach a separate page with information about additional employers. | Occupation | _____ | _____ |
| Include part-time, seasonal, or self employed work. | Employers Name | _____ | _____ |
| Occupation may be student or homemaker, if it applies | Employers Address | _____ Number  Street _____ _____ City    State  Zip | _____ Number  Street _____ _____ City    State  Zip |
| | How long employed there | _____ | _____ |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what your monthly wage would be. | 2. | $_____ | $_____ |
| 3 | Estimate and list monthly overtime pay. | 3. | $_____ | $_____ |
| 4 | Calculate gross income. Add line 2 + line 3 | 4. | $_____ | $_____ |

Debtor 1 _____Marvin_____Lloyd_____Tumer of_____
                    First Name          Middle Name         Last Name          Case Number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|
| Copy line 4 here........................................ → | 4. | $ _____ | $ _____ |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security Deductions** | 5a. | $ _____ | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ | $ _____ |
| 5e. **Insurance** | 5e. | $ _____ | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ _____ | $ _____ |
| 5g. **Union dues** | 5g. | $ _____ | $ _____ |
| 5h. **Other deductions** Specify: _____ | 5h. | $ _____ | $ _____ |
| **6. Add the payroll deductions.** 5a+5b+5c+5d+5e+5f+5g+5h | 6. | $ _____ | $ _____ |
| **7. Calculate total monthly take-home pay:** Subtract line 6 from line 4 | 7. | $ _____ | $ _____ |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ _____ | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement and property settlement. | 8c. | $ _____ | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ _____ | $ _____ |
| 8e. **Social Security** | 8e. | $ _____ | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benifits under the Supplimental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ _____ | $ _____ |
| 8h. **Other monthly income .** Specify: _____ | 8h. | $ _____ | $ _____ |
| **9. Add all other income:** 8a+8b+8c+8d+8e+8f+8g+8h | 9. | $ 0.00 | $ 0.00 |
| **10. Calculate monthly income. Add line 7 + line 9** Add the entries in line 10 for debtor 1 and debtor 2 or non-filing spouse. | 10. | $ 0.00 | $ 0.00 = $ 0.00 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J
Specify: _____          11. $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies          12. $ _____

Combined Monthly Income

**13. Do you expect an increase or decrease within the year after you file this forms**

☐ No.

☒ Yes. Explain  I plan to get back to work _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Marvin | Lloyd | Turner Jr |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | | Northern | District of | Illinois |

Case Number _____
(If Known)

Check if this is:

☐ An ammended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

☐ A separate filing for debtor 2 beccause debtor 2 maintains a seperate household

## Official Form B 6J

# Schedule J: Your Expenses                                        12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2

   ☐ Yes. **Does Debtor 2 live in a separate household**
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J

2. **Do you have dependents?**     ☐ No
   Do not list Debtor 1          ☒ Yes. Fill out this information for
   and Debtor 2                        each dependent

   Do not state the
   dependents names

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |
| _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a suppliment in a chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable data.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B6I)

**Your Expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ 1,000.00

   If not included in line 4:

   4a. Real estate taxes                                          4a. $ _____

   4b. Property, homeowner's or renter's insurance                4b. $ _____

   4c. Home maintenance, repair, and upkeep expenses              4c. $ _____

   4d. Homeowners association or condominium dues                 4d. $ _____

Debtor 1 _____Marvin_____ _____Lloyd_____ ____Turner Jr____   Case Number _____
          First Name            Middle Name        Last Name        (If Known)

**Your Expenses**

5.  **Additional mortgage payments for your residence**, such as home equity loans          5.  $_____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas                                                     6a.  $ 75.00 _____

    6b.  Water, sewer, garbage collection                                               6b.  $_____

    6c.  Telephone, cell phone, internet, satellite, and cable sevice                   6c.  $ 80.00 _____

    6d.  Other: Specify ___1_____                           6d.  $_____

7.  **Food and housekeeping supplies**                                                      7.  $ 200.00 _____

8.  **Childcare and children's education costs**                                            8.  $_____

9.  **Clothing, laundry, and dry cleaning**                                                 9.  $_____

10.  **Personal care products and services**                                               10.  $ 25.00 _____

11.  **Medical and dental expenses**                                                        11.  $_____

12.  **Transportation.** Include gas, maintenance, bus or train fare, Do not include car payments   12.  $ 200.00 _____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**                13.  $_____

14.  **Charitable contributions and religious donations**                                  14.  $_____

15.  **Insurance:** Do not include insurance deducted from your pay or included in lines 4 or 20

    15a.  Life insurance                                                               15a.  $_____

    15b.  Health insurance                                                             15b.  $_____

    15c.  Vehicle insurance                                                            15c.  $ 60.00 _____

    15d.  Other: Specify ___1_____                          15d.  $_____

16.  **Taxes:** Do not include taxes deducted from your pay or included in line 4 or 20

    Specify ___1_____                                       16.  $_____

17.  **Installment or lease payments:**

    17a.  Car payment for vehicle 1                                                    17a.  $ 380.00 _____

    17b.  Car payment for vehicle 2                                                    17b.  $_____

    17c.  Other: Specify ___1_____                          17c.  $_____

    17d.  Other: Specify ___1_____                          17d.  $_____

18.  **Your payments of alimony, maintenance, and support you did not report  as deducted from your pay on line 5, Schedule I, Your Income (Official Form B6I)**   18.  $_____

19.  **Other payments you make to support others who do not live with you**

    Specify ___1_____                                       19.  $_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I. Your Income**

    20a.  Mortgages on the property                                                   20a.  $_____

    20b.  Real estate taxes                                                           20b.  $_____

    20c.  Property, homeowners, or renter's insurance                                 20c.  $_____

    20d.  Maintenance, repair, and upkeep expenses                                    20d.  $_____

    20e.  Maintenance, repair, and upkeep expenses                                    20e.  $_____

Debtor 1 _____    Case Number _____
                 First Name          Middle Name          Last Name          (If Known)

21. **Other:**  Specify  _____          21. + $ _____

22. **Your monthly expenses.**  Add lines 4 through 21          22. | $ 2,020.00 |
    The result is your monthly expenses

23. **Calculate your monthly net income**

    23a.  Copy line 12 (your combined monthly income) from schedule I          23a. $ 0.00

    23b.  Copy your monthly expenses from line 22 above          23b - $ 2,020.00

    23c.  Subtract your monthly expenses from your monthly income. The result is your monthly          23c. | $ -2,020.00 |
          net income.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payments to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No          Explain here:
    ☒ Yes

          I plan to move out of my apartment and eventually find a less expensive place to live.

Official Form B 6IJ          Schedule J: Your Expenses          Page 3

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Marvin L Turner Jr**                                    ,        Case No. _____
              Debtor                                                                      (If Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 23 _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

_____06/01/2015_____            _____
             Date                                                   Signature of Debtor

_____            _____
             Date                                                   Signature of Joint Debtor  (if any)

                                                                        (If joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and
342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from
the debtor, as required by that section.

**N/A**
_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal,
responsible person, or partner who signs the document.*

_____
_____
Address

_____            _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition
preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. A bankruptcy
petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or
both.* 11 U.S.C. § 110; 18 U.S.C. § 156.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized
agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under
penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.        *(Total shown on summary page plus 1.)*

_____            _____
             Date                                                   Signature of Debtor

                                                                        _____
                                                                        (Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 8 (Official Form 8) (12/08)

# United States Bankruptcy Court

## __Northern__ District Of __Illinois__

In re __Marvin L Turner Jr__ _____        Case No. _____
          Debtor
                                                Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>Heritage Acceptance | **Describe Property Securing Debt:**<br><br>2005 Nissan Maxima |

Property will be *(check*
  ☐ Surrendered    ☒ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☒ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
    using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check*
  ☐ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
    using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

Page 2

**PART B -** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>❑ Yes    ❑ No |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>❑ Yes    ❑ No |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>❑ Yes    ❑ No |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **06/01/2015**

_____
Signature of Debtor

_____
Signature of Joint Debtor

**FB 201A (Form 201A) (6/14)**

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint
case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court

## Northern District Of Illinois

In re **Marvin Lloyd Turner Jr**

Debtor

Case No. _____

Chapter **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____

_____
Address

_____
*Signature of Bankruptcy Petition Preparer or*
*officer, principal, responsible person, or partner*
*whose Social Security number is provided above.*

_____
Social Security No
*If the bankruptcy petition preparer is not an individual, state*
*the name, title (if any), address, and social security number of*
*the officer, principal, responsible person, or partner who signs*
*the document. . (Required by 11 U.S.C. § 110.)*

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marvin Lloyd Turner Jr.**
_____
Printed Name(s) of Debtor(s)

X _____
Signature of Debtor

_____
Case No. (if known)

X _____
Signature of Joint Debtor

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                    )

                                          )

                                          )

                                                   Case No.

Debtor (s)  Marvin L Turner Jr            )

                                          )       Chapter  7

                                          )

                                          )

List of Creditors

Archer Funding LLC
Attn: C/O Mauer Law, PC
123 W Madison Street Suite 1500
Chicago, IL 60602

ATT
Attn: C/O AFNI, Inc
PO Box 3097
Bloomington, IL 61702-3097

ATT Mobility
Attn: C/O EOS CCA
Account 7734014661
700 Longwater Drive
Norwell, MA 02061

Bank of America
Attn: Bankruptcy Department
PO Box 982235
El Paso, TX 79998-2235

Becovic Management Group
Attn: Kevin Snider
4520 N Clarendon Avenue
Chicago, IL 60640

Capital One Bank
Attn: Bankruptcy Department
PO Box 30281
Salt Lake City, UT 84130

Charter One Bank
Attn: Bankruptcy Department
1215 Superior Avenue
Cleveland, OH 44114

Comcast Cable
Attn: Bankruptcy Department
Account No 8771300011242801
PO Box 3002
Southeastern, PA 19398-3002

Comed
3 Lincoln Center
Attn: Bankruptcy Group
Oakbrook Terrace, IL 60181

Credit One Bank
Attn: Bankruptcy Department
PO Box 98872
Las Vegas, NV 89193-8872

DeVry, INC
Attn: Bankruptcy Department
Account No D00685791
814 Commerce Dr
Oak Brook, IL 60523

Direct TV
Attn: Afni, INC
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517

First Bank of Delaware
Attn:  C/O Federal Pacific Credit
PO Box 27198
Salt Lake City, UT 84119

First Premier Bank
Attn: Bankruptcy Department
601 S Minnesota Ave
Sioux Falls, SD 57104

Heritage Acceptance Corporation
120 W Lexington Avenue
Elkhart, IN 46516-3117

HSBC Bank USA
PO Box 2013
Buffalo, NY 14240

Kay Jewelers
Attn: C/O Portfolio Recovery Associates
Account # 269513002
120 Corporate Blvd
Norfolk, VA 23502

Illinois Health and Family Services
509 South Sixth St
Springfield, IL 62701

Little Company of Mary Hospital
2800 W 95th St
Evergreen Park, IL 60805

MABT/Continental Finance
Attn:  Bankruptcy Dept.
PO Box 11743
Wilmington, DE 19850

Mid America Bank
5109 S Broadband Lane
Sioux Falls, SD 57109

Monterey County Bank
Attn: C/O Allied Interstate
Account # 5239460003567615
3000 Corporate Exchange Dr 5th Floor
Columbus, OH 43231

PLS Financial Services, INC
7301 N Lincoln Avenue Suite 220
Lincolnwood, IL 60712-1733

RCN Cable
Attn: C/O I C System, INC
Po Box 64378
Saint Paul, MN 55164-0378

Sir Finance Corporation
6140 N Lincoln Avenue
Chicago, IL 60659

TCF Financial Corporation
Attn: Bankruptcy Department
200 Lake Street East
Wayzata, MN 55391-1693

Triton College
Attn: Finance Office
2000 5th Ave
River Grove, IL 60171

USAA Savings Bank
Attn: Bankruptcy Department
PO Box 47504
San Antonio, TX 78265

US Department of Education
2401 International POB 7859
Madison, WI 53704

Webbank/Fingerhut
Attn: C/O Midland Credit
8875 Aero Dr Suite 200
San Diego, CA 92123